IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WESLEY W. HUGHES**                                                                                      **PLAINTIFF**
**ADC #158883**

V.                                      Case No. 3:23-cv-00097-LPR

**MICHELLE GRAY, Warden,**
**North Central Unit,** *et al.*                                                                              **DEFENDANTS**

### ORDER

On April 24, 2023, Wesley W. Hughes, a prisoner in the North Central Unit of the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On April 27, 2023, the Court entered an Order directing Plaintiff to either pay the $402 filing fee or file a properly completed motion to proceed *in forma pauperis* by May 30, 2023.[2] The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed.[3] Plaintiff has not complied with or otherwise responded to the April 27, 2023 Order, and the time for doing so has expired. Additionally, mail sent to Plaintiff at his address of record is being returned as undeliverable.[4]

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4).

[3] *Id.* at 4.

[4] Returned Mail (Docs. 5–8).

IT IS SO ORDERED this 21st day of September 2023.

                                                                       _____
                                                                       LEE P. RUDOFSKY
                                                                       UNITED STATES DISTRICT JUDGE