IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WESLEY W. HUGHES**  **PLAINTIFF**
**ADC #158883**

V.  Case No. 3:23-cv-00097-LPR

**MICHELLE GRAY, Warden,**
**North Central Unit,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 21st day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE